**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IN RE BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION

MDL No. 15-md-2666 (JNE/DTS)

This Document Relates to:
Margaret Rojas,
v.
3M Company, et al.,
16-cv-2108

**REPORT AND RECOMMENDATION**

---

Defendants request dismissal of this case for failure to prosecute based on Plaintiff Margaret Rojas's failure to comply with her discovery obligations. Dkt. No. 30.

Under Federal Rule of Civil Procedure 41(b), a defendant may move to dismiss an action "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order." Fed. R. Civ. P. 41(b). "MDL courts must be given greater discretion to organize, coordinate and adjudicate its proceedings, including the dismissal of cases for failure to comply with its orders." *In re Guidant Corp. Implantable Defibrillators Prods. Liab. Litig.*, 496 F.3d 863, 867 (8th Cir. 2007).

In May 2026, Defendants reported that Rojas had not provided deposition dates for nearly four months. Dkt. No. 20. The Court ordered Rojas to offer deposition dates by June 19, 2026. Dkt. No. 21. Rojas was warned that if she failed to comply, the Court would recommend dismissal. *Id.* Rojas failed to comply and Defendants moved to dismiss. Dkt. No. 22. In response to the motion to dismiss, Rojas's counsel reported that he had lost contact with his client since April 2026. Dkt. No. 24. The Court ordered counsel to "endeavor to reestablish contact with Rojas and . . . provide a status update to the Court." Dkt. No. 25. Counsel has been unable to reestablish contact. Dkt. No. 29.

Therefore, the Court recommends the case be dismissed for failure to prosecute and for failure to comply with a discovery order.

For the reasons set forth above, the Court RECOMMENDS THAT: This action be DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated: August 13, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court. It is not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. LR 72.2(b)(2). All objections and responses must comply with the word or line limits set for in LR 72.2(c).