UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)
ORDER

This Document Relates to:
Case No. 16-cv-2108 (*Margaret Rojas v. 3M Company and Arizant Healthcare, Inc.*)

In a Report and Recommendation dated August 13, 2026, the Honorable David T. Schultz, United States Magistrate Judge, recommended that this action be dismissed without prejudice for failure to prosecute and failure to comply with a discovery order. No objection has been filed. Based on a de novo review of the record, *see* Fed. R. Civ. P. 72(b), the Court accepts the recommended disposition [Docket No. 31]. Therefore, IT IS ORDERED THAT:

1. Case No. 16-cv-2108 is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 28, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge